IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00025-MP-AK

DANIEL CHESTER REAVES,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 56, Motion for Hearing, filed by Defendant Daniel Chester Reaves. Defendant's request for a hearing is GRANTED. A hearing on this matter is hereby set for Thursday, December 11, 2008 at 1:30 p.m. The Court will consider Defendant's request for pre-trial release at that time.

**DONE AND ORDERED** this   3rd day of December, 2008

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge